# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

FILED
2023 DEC 29 A 11: 16
U.S. DISTRICT COURT
N.D. OF ALABAMA

Inmate Identification Number:

**286749**

**Charles Price Preston**

(Enter above the full name of the plaintiff in this action)

vs.

**State of Alabama**
**Department of Corrections**

5:23CV1769-CLM-SGC



NOTICE TO FILING PARTY

It is your responsibility to notify the clerk in writing of any address change.

Failure to notify the clerk may result in dismissal of your case without further notice.

(Enter above full name(s) of the defendant(s) in this action)

I. Previous lawsuits

   A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
       Yes ( )    No (✓)

   B.   If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

       1.   Parties to this previous lawsuit:

          Plaintiff: _____

          Defendant(s): _____

2. Court (if Federal Court, name the district; if State Court, name the county) _____

_____

3. Docket number _____

4. Name of judge to whom case was assigned _____

_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

_____

6. Approximate date of filing lawsuit _____

_____

7. Approximate date of disposition _____

II. Place of present confinement **Limestone Correctional Facility**

A. Is there a prisoner grievance procedure in this institution?
Yes (✓)    No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?    Yes (✓)    No ( )

C. If your answer is YES:

1. What steps did you take? **Went to Chaplain Chaplain proceeded communication with PREA**

2. What was the result? **PREA officer notified; tests were run at Huntsville Hospital - Madison**

D. If your answer is NO, explain why not: _____

_____

_____

_____

3

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) **Charles Price Preston**

Address **28779 Nick Davis Road Harvest Alabama 35749**

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant **State of Alabama**

Is employed as **Department of Corrections**

at **Limestone Correctional Facility**

C. Additional Defendants _____

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. <u>Do not give any legal arguments or cite any cases or statues.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

While being housed at Limestone Correctional Facility in "L" Dorm 55 cell, I was brutally attacked at knifepoint and raped. There weren't any officers at their posts. No one was in the cube. The cube officer was not there so I was rendered helpless and at the mercy of my assailant.

4

V. RELIEF

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I simply want justice served and to be compensated for my sufferings both physically and emotionally. I would like to be compensated 7.5 million dollars.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of December 2023

_____
SIGNATURE

ADDRESS Limestone Correctional Facility
28779 Nick Davis Road
Harvest Alabama 35749

AIS # 286749

Charles Preston
AIS # 286749
Dorm H-2- Bed #12-A
28779 Nick Davis Road
Harvest, Alabama
35749

BIRMINGHAM AL 350
SECURITY 27 DEC 2023 PM 4 L

DEC 28 2023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

This Correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communications.

THE Clerk of the United States District Court
for the Northern District of Alabama, Room
140, Hugo I Black U.S. Courthouse
1729 5th Avenue North
Birmingham, Alabama 35203-2195

35203-200099